## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.

**DANTA JOHNSON,**

        **Defendant.**

_____/

**CASE NO. 11CR20752-4**

**HON. SEAN COX**

## NOTICE OF APPEAL

Notice is hereby given that DANTA JOHNSON appeals to the United States Court of Appeals for the Sixth Circuit from the SENTENCING entered in this action on September 27, 2013.

Dated: October 15, 2013

*s/David R. Cripps*
David R. Cripps (P34972)
Attorney for Defendant
CJA Appointed
431 Gratiot Avenue
Detroit, MI 48226
(313) 963-0210
E-mail: david.cripps@sbcglobal.net